IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDRE D. MITCHELL and YOLANDA S. MITCHELL, § § § *Plaintiffs,* § § v. § § PRESTIGE DEFAULT SERVICES LLC and US BANK TRUST ASSOCIATION AS TRUSTEE OF CABANA V TRUST, § § § § § § *Defendants.* § | Civil Action No. 3:23-CV-2534-X-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated June 6, 2024, (Doc. 29), the Court finds that the Findings Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. (Doc. 29).

**IT IS SO ORDERED** this 28th day of June, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1